**EXHIBIT A**

*Rec'd 07/06/15*
*Via Certified Mail*
*from PLT Counsel*
*Not from State.*

EFiled: Jun 23 2015 02:13PM EDT
Transaction ID 57446299
Case No. S15C-06-030 THG

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | |
|---|---|
| HENRY CASKO and<br>TINA CASKO<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGE VAUGHAN and<br>STEVENS TRANSPORT, Inc.<br><br>    Defendants. | )<br>)<br>)  C.A. No. _____<br>)<br>)  ARBITRATION CASE<br>)<br>)  TRIAL BY JURY OF<br>)  <u>TWELVE DEMANDED</u><br>)<br>) |

THE STATE OF DELAWARE,
TO PLAINTIFFS' COUNSEL:
YOU ARE COMMANDED:

    To summon Defendants so that, within 20 days after service hereof upon the defendants, exclusive of the day of service, defendant, shall serve upon <u>JASON C. POWELL, ESQUIRE</u>, Plaintiffs' attorney, whose address is <u>824 N. Market Street, Suite 1000, P.O. Box 1351, Wilmington, DE 19899</u>, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon Defendants a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs) pursuant to Del. C. § 3104.

Date:_____

                                      JOYCE M. COLLINS
                                      Prothonotary

                                      Per Deputy

**TO THE ABOVE-NAMED DEFENDANTS:**
    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiffs' attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                      <u>JOYCE M. COLLINS</u>
                                      Prothonotary

                                      Per Deputy



EFiled: Jun 23 2015 02:13PM EDT
Transaction ID 57446299
Case No. S15C-06-030 THG

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | |
|---|---|
| HENRY CASKO and<br>TINA CASKO<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGE VAUGHAN and<br>STEVENS TRANSPORT, Inc.<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. _____<br>)<br>)  ARBITRATION CASE<br>)<br>)  TRIAL BY JURY OF<br>)  <u>TWELVE DEMANDED</u><br>)<br>)<br>)<br>) |

## P R A E C I P E

TO: Prothonotary

PLEASE ISSUE Summons, Complaint, Answers to Form 30 Interrogatories and Response Pursuant to Civil Rule 3(h) for service upon the defendant's by Certified Mail, Return Receipt requested in accordance with 10 Del. C § 3104.

FERRY JOSEPH, P.A.

_____
JASON C. POWELL, ESQUIRE (No. 3768)
824 N. Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Attorneys for Plaintiffs

Dated: 6/23/2015

EFiled: Jun 23 2015 02:13PM EDT
Transaction ID 57446299
Case No. S15C-06-030 THG

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | |
|---|---|
| HENRY CASKO and<br>TINA CASKO<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE VAUGHAN and<br>STEVENS TRANSPORT, Inc.<br><br>    Defendants. | )<br>)<br>)  C.A. No. _____<br>)<br>)  ARBITRATION CASE<br>)<br>)  TRIAL BY JURY OF<br>)  <u>TWELVE DEMANDED</u><br>)<br>)<br>) |

## COMPLAINT

1. Plaintiffs, Henry and Tina Casko, are husband and wife and residents of the State of Delaware, residing at 17220 Pine Water Dr., Lewes, DE 19958.

2. Defendant, George Vaughan (hereinafter referred to as "Vaughan") is an individual and resident of the State of Florida, residing at 8626 Burkhall St., Jacksonville, FL 32211.

3. Defendant, Stevens Transport, Inc. (hereinafter referred to as "Stevens") is a business corporation organized in the State of Texas with a registered office address at 9757 Military Parkway, Dallas, TX 75227.

4. At all times relevant hereto, Defendant Vaughan was an agent, servant and/or employee of Defendant Stevens and was operating the motor vehicle in the course and scope of his employment.

## COUNT I

## NEGLIGENCE

5. On or about March 31, 2104, at approximately 2:54 p.m., Plaintiff, Henry Casko, was operating his motor vehicle, which was stopped in the left turn lane in a westerly direction on Park Avenue at its intersection with South Bedford Street in Georgetown, DE.

6. On the date and at the time and place mentioned above, Defendant Vaughan was traveling in a northerly direction on South Bedford Street and attempted to make a right turn onto Park Avenue to proceed in an easterly direction and negligently and carelessly caused the motor vehicle he was operating to violently collide with the vehicle being operated by Plaintiff.

7. On the date and at the time and place mentioned above, the motor vehicle being operated by Defendant Vaughan was owned by Defendant Stevens.

8. Defendant's conduct was negligent and was the proximate cause of the aforesaid accident. The defendant was negligent in that he:

a) Operated his vehicle in a reckless manner, in violation of 21 Del. C. §4175(a);

b) Operated his vehicle in a careless and imprudent manner, without due regard for the road, weather and traffic conditions then existing, in violation of 21 Del.C. §4176(a);

c) Failed to maintain a proper lookout and/or failed to give full time and attention to the operation of his vehicle, in violation of 21 Del.C. §4176(b);

d) Failed to maintain proper control of his vehicle;

e) Failed to drive at an appropriate speed when approaching an intersection or given the traffic and highway conditions, in violation of 21 Del. C. §4168(b);

f) Operated his vehicle at a speed that was greater than was reasonable and prudent under the conditions, without regard to the actual and potential hazards then existing, and in a manner that caused a collision with another vehicle, in violation of 21 Del. C. §4168(a);

g) Failed to operate his vehicle in a reasonable manner under the circumstances during the aforesaid collision and in doing the aforesaid acts violated the common law duty of care he had to other on the road, including Plaintiff; and

h) Was otherwise negligent as discovery will reveal.

9. Defendant Stevens as the employer of Defendant Vaughan is responsible for the happenings of the accident pursuant to the doctrine of respondeat superior.

10. As a direct and proximate result of Defendant's negligence and carelessness, the Plaintiff, Henry Casko, sustained serious injuries and resulting pain and suffering.

11. As a further result of the Defendant's negligence, Plaintiff, Henry Casko, has suffered severe shock, great physical pain and suffering and mental anguish, and a loss of life's pleasures and enjoyments, all of which may continue for an indefinite time in the future.

12. As a further result of the Defendant's negligence, Plaintiff, Henry Casko, has been, or will be, obligated to receive and undergo medical care and to incur various expenses for the injuries he has suffered, and he may be obligated to continue to expend such sums or incur such expenditure for an indefinite period of time.

13. As a further result of Defendant's negligence, Plaintiff, Henry Casko, has suffered a loss of an economic opportunity, and he will continue to suffer losses of income for an indefinite period of time.

## COUNT II

## LOSS OF CONSORTIUM

14. Plaintiff re-alleges paragraphs 1 through 13 as though same were fully set forth herein.

15. As a further result of Defendant's negligence, Plaintiff, Tina Casko, has lost the society, guidance, companionship, and consortium of her husband, Plaintiff, Henry Casko.

WHEREFORE, Plaintiffs demand judgment against Defendants for their general and special damages, and punitive damages, plus interest and costs of this action.

FERRY JOSEPH, P.A.

JASON C. POWELL, ESQUIRE (No. 3768)
824 N. Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Attorneys for Plaintiffs

Dated: 6/23/2015

**SUPERIOR COURT** EFiled: Jun 23 2015 02:13PM EDT
**CIVIL CASE INFORMATION STATEMENT (CIS)** Transaction ID 57446299
Case No. S15C-06-030 THG

COUNTY: N K (S)  CIVIL ACTION NUMBER: _____

| | |
|---|---|
| **Caption:**<br>Henry Casko and Tina Casko<br><br>v.<br><br>George Vaughan and Stevens Transport, Inc. | **Civil Case Code:** CPIA<br>**Civil Case Type:** Personal Injury Auto<br>(See Reverse Side for Code and Type)<br><br>**Name and Status of Party filing document:**<br>Henry Casko and Tina Casko, Plaintiffs<br><br>**Document Type:** (E.G.; Complaint; Answer with Counterclaim)<br>Complaint<br><br>**Jury Demand:** Yes X No ___ |
| **Attorney Name(s):**<br>Jason C. Powell, Esquire<br>**Attorney ID(s):**<br>No. 3768<br>**Firm Name:**<br>Ferry Joseph, P.A.<br>**Address:**<br>824 N. Market St., Ste. 1000, P.O. Box 1351<br>Wilmington, DE 19899<br>**Telephone Number:**<br>(302)575-1555<br>**Fax Number:**<br>(302)575-1714<br>**E-Mail Address:**<br>jpowell@ferryjoseph.com | **Identify any related cases now pending in the Superior Court or any related cases that have been closed in this court within the last two years by caption and civil action number including judge's initials:**<br>None.<br><br>**Explain the Relationship(s):**<br><br><br>**Other Unusual Issues that Affect Case Management:**<br>None.<br><br>(If additional space is needed, please attach page) |

**The Prothonotary will not process the Complaint, Answer, or First Responsive Pleading in this matter for service until the Case Information Statement (CIS) is filed. The failure to file the CIS and have the pleading processed for service may result in the dismissal of the complaint or may result in the answer or first responsive pleading being stricken.**

Revised 5/2009